



**JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

JAN - 4 2007

**FILED
CLERK'S OFFICE**

## DOCKET NO. 1769

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

# IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

*Kathryn Schultz, et al. v. AstraZeneca Pharmaceuticals, LP, et al.,* N.D. California, C.A. No. 4:06-6681

## ORDER VACATING CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Schultz*) on November 30, 2006.  Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *Schultz* filed a notice of opposition to the proposed transfer.  The Panel has now been advised that *Schultz* was remanded to the Superior Court of California, County of San Francisco, by the Honorable Claudia Wilken in an order filed on December 22, 2006.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-15" filed on November 30, 2006, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel